926 A.2d 850

STATE OF NEW JERSEY, PLAINTIFF, v. SHARIF
COOK, DEFENDANT–MOVANT.

June 1, 2007.

ORDERED that the motion for leave to appeal is granted.

926 A.2d 850

EDUCATION LAW CENTER, PLAINTIFF–RESPONDENT,
v. NEW JERSEY DEPARTMENT OF EDUCATION,
DEFENDANT–MOVANT.

June 6, 2007.

ORDERED that the motion for leave to appeal is granted, and the matter is summarily remanded to the Appellate Division to consider the appeal on the merits.

926 A.2d 850

IN RE PETITION FOR REVIEW OF THE DETERMINATION
BY THE COMMITTEE ON THE UNAUTHORIZED
PRACTICE OF LAW.

June 21, 2007.

ORDERED that the petition for review seeking review of the decision of the Committee on the Unauthorized Practice of Law in respect of the appearance of Riverview Professional Services' nurses as "authorized representatives" of insurance companies at Personal Injury Protection arbitrations is granted.